

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-19-00667-CV

Monica Teresa **WADE**,
Appellant

v.

Robert Craig **MCKINLEY**, Jr.,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2019CV07559
Honorable J. Frank Davis, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, this appeal is DISMISSED. We ORDER that appellee is awarded costs that appellee incurred related to this appeal.

PER CURIAM

SIGNED February 5, 2020.

_____
Luz Elena D. Chapa, Justice